Tobias S. Keller (CA Bar No. 151445)
Gabrielle Albert Rohwer (CA Bar No. 190895)
Ramon M. Naguiat (CA Bar No. 209271)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
    & WEINTRAUB P.C.
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

Former Attorneys for Burlingame Capital Partners II, L.P.
and Electrochem Funding, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 04-41044-LT11 |
| **QMECT, INC., dba Electrochem**, a California corporation, | Chapter 11 |
| Debtor. | |
| Federal Tax I.D. # 94-2923737 | |
| **BURLINGAME CAPITAL PARTNERS II, L.P.,** | Adv. Proc. No.: 04-4095 |
| Plaintiff, | **REQUEST FOR ENTRY OF ORDER GRANTING MOTION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL FOR BURLINGAME CAPITAL PARTNERS II, L.P. AND ELECTROCHEM FUNDING, LLC** |
| vs. | |
| **FRED KOELLING,** an individual; **LINDA KOELLING,** an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

REQUEST FOR ENTRY OF ORDER

Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW") hereby requests that the Court enter an order granting the *Motion of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. for Order Permitting Withdrawal as Counsel for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC* (the "Motion").[1] By the Motion, PSZYJW seeks an order, pursuant to Bankruptcy Local Rule 1001-2(a)(31) and Civil Local Rule 11-5, permitting its withdrawal as counsel for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC in the above-referenced matter.

On September 6, 2005, PSZYJW filed and served the Motion and notice thereof. A copy of the Motion is attached hereto as **Exhibit A**. A copy of the *Certificate of Service* reflecting service of the Motion is attached hereto as **Exhibit B**. The deadline to file a response to the Motion was September 26, 2005.

PSZYJW has not received any responses to the Motion. *See Declaration of Ramon M. Naguiat in Support of Request for Entry of Order Granting Motion of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. for Order Permitting Withdrawal as Counsel for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC* (the "Naguiat Declaration"), ¶ 4, filed concurrently herewith. Further, according to the Court's docket, accessed via PACER, no responses to the Motion have been filed with the Court as of September 28, 2005. *See* Naguiat Declaration, ¶ 4.

**WHEREFORE**, PSZYJW respectfully requests that the Court enter an order granting the Motion and granting such other and further relief as the Court deems appropriate.

Dated:    September 29, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.


By      */s/ Ramon M. Naguiat*
        Ramon M. Naguiat
        Former Attorneys for Burlingame Capital
        Partners II, L.P.
        and Electrochem Funding, LLC

---

[1]  Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Case: 04-04095    Doc# 17    Filed: 09/29/05    Entered: 09/29/05 18:02:58    Page 2 of 2

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P. C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA