# EXHIBIT A

Tobias S. Keller (CA Bar No. 151445)
Ramon M. Naguiat (CA Bar No. 209271)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
   & WEINTRAUB P.C.
Three Embarcadero Center, Suite 1020
San Francisco, California 94111-4023
Telephone: 415/263-7000
Facsimile: 415/263-7010

Former Attorneys for Burlingame Capital Partners II, L.P.
and Electrochem Funding, LLC

E-FILED

IS

SEP 16 2005

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**QMECT, INC., dba Electrochem**,<br>a California corporation,<br><br>     Debtor.<br><br><br>Federal Tax I.D. # 94-2923737 | Case No.: 04-41044-LT11<br><br>Chapter 11 |
| **BURLINGAME CAPITAL PARTNERS II, L.P.,**<br><br>     Plaintiff,<br><br>  vs.<br><br>**FRED KOELLING,** an individual; **LINDA KOELLING,** an individual; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Adv. Proc. No.: 04-4095<br><br>**MOTION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL FOR BURLINGAME CAPITAL PARTNERS II, L.P. AND ELECTROCHEM FUNDING, LLC** |

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**TO ALL PARTIES IN INTEREST IN THE ABOVE-REFERENCED MATTER:**

**PLEASE TAKE NOTICE** that Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW") hereby moves the Court (the "Motion"), pursuant to Bankruptcy Local Rule 1001-2(a)(31) and Civil Local Rule 11-5, for an order permitting its withdrawal as counsel for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC (collectively, the "Lenders") in the above-referenced matter.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be filed with the Court and served on PSZYJW within twenty (20) days of the date hereof. In the event of a timely response, PSZYJW will set the matter for hearing before the Court on no less than ten (10) days' notice to the responding party. If there is no timely response, PSZYJW will present an order approving this Motion, substantially in the form attached hereto as **Exhibit A**, to the Court.

In support of this Motion, PSZYJW respectfully represents as follows:

1. From mid-September 2005 until mid-December 2005, Tobias S. Keller, the PSZYJW attorney representing the Lenders, will be on sabbatical. At the Lenders' request, rather than assigning another PSZYJW attorney to represent the Lenders in Mr. Keller's absence, Allen Matkins Leck Gamble & Mallory LLP ("Allen Matkins"), PSZYJW's co-counsel, will assume sole representation of the Lenders in the above-referenced matter.

2. On August 31, 2005, PSZYJW filed a *Notice of Substitution of Counsel* (the "Substitution") in the above-referenced matter on behalf of the Lenders. By the Substitution, the Lenders substitute Allen Matkins for PSZYJW, such that Allen Matkins shall be the Lenders' sole counsel in the above-referenced matter. A copy of the Substitution is attached hereto as **Exhibit B**.

**WHEREFORE**, PSZYJW requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, permitting PSZYJW's withdrawal as counsel for the Lenders in the above-referenced matter, effective as of August 31, 2005.

Dated: September 6, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By   */s/ Ramon M. Naguiat*
Ramon M. Naguiat
Former Attorneys for Burlingame Capital
Partners II, L.P. and Electrochem Funding, LLC

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# EXHIBIT A

Tobias S. Keller (CA Bar No. 151445)
Ramon M. Naguiat (CA Bar No. 209271)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
  & WEINTRAUB P.C.
Three Embarcadero Center, Suite 1020
San Francisco, California 94111-4023
Telephone: 415/263-7000
Facsimile: 415/263-7010

Former Attorneys for Burlingame Capital Partners II, L.P.
and Electrochem Funding, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No.: 04-41044 LT11 |
| **QMECT, INC., dba ELECTROCHEM,** a California corporation, | Chapter 11 |
| Debtor. | |
| Federal Tax I.D. # 94-2923737 | |
| **BURLINGAME CAPITAL PARTNERS II, L.P.,** | Adv. Proc. No.: 04-4095 |
| Plaintiff | |
| vs. | **[PROPOSED] ORDER PERMITTING WITHDRAWAL OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. AS COUNSEL FOR BURLINGAME CAPITAL PARTNERS II, L.P. AND ELECTROCHEM FUNDING, LLC** |
| **FRED KOELLING,** an individual; **LINDA KOELLING,** an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court has considered the *Motion of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. for Order Approving Withdrawal as Counsel for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC* (the "Motion")[1] filed by Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJW") on September 6, 2005. It appears that due and sufficient notice of the Motion has been provided under the circumstances, and that no response to the Motion was timely filed. After due deliberation and sufficient cause shown,

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

EXHIBIT A

**IT IS HEREBY ORDERED** that, pursuant to Bankruptcy Local Rule 1001-2(a)(31) and Civil Local Rule 11-5, PSZYJW's withdrawal as counsel for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC (collectively, the "Lenders"), such that Allen Matkins Leck Gamble & Mallory LLP shall be the Lenders' sole counsel in the above-referenced matter, is permitted, effective as of August 31, 2005.

**END OF ORDER**

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

11713-001\DOCS_SF:46428.1

[PROPOSED] ORDER PERMITTING WITHDRAWAL AS COUNSEL

2

# EXHIBIT B

Case: 04-04095   Doc# 17-1   Filed: 09/29/05   Entered: 09/29/05 18:02:58   Page 7 of 12

Tobias S. Keller (CA Bar No. 151445)
Gabrielle Albert Rohwer (CA Bar No. 190895)
Ramon M. Naguiat (CA Bar No. 209271)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
    & WEINTRAUB P.C.
Three Embarcadero Center, Suite 1020
San Francisco, California 94111-4023
Telephone: 415/263-7000
Facsimile: 415/263-7010

Robert R. Moore (CA Bar No. 113818)
William Huckins (CA Bar No. 201098)
Michael J. Betz (CA Bar No. 196228)
ALLEN MATKINS LECK GAMBLE & MALLORY LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (415) 837-1515
Facsimile: (415) 837-1516

Attorneys for Burlingame Capital Partners II, L.P.
and Electrochem Funding, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 04-41044-LT11 |
| **QMECT, INC., dba Electrochem,** a California corporation, | Chapter 11 |
| Debtor. | |
| Federal Tax I.D. # 94-2923737 | |
| **BURLINGAME CAPITAL PARTNERS II, L.P.,** | Adv. Proc. No.: 04-4095 |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| **FRED KOELLING,** an individual; **LINDA KOELLING,** an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

# EXHIBIT B

NOTICE OF SUBSTITUTION OF COUNSEL

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**TO ALL INTERESTED PARTIES:**

Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC (the "Lenders") hereby substitute Allen Matkins Leck Gamble & Mallory LLP ("Allen Matkins") for Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., such that Allen Matkins shall be the Lenders' sole counsel in the above-referenced matter. All future notices should be addressed to Allen Matkins at the address set forth above.

Dated: August 3/, 2005      PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By    /s/ Tobias S. Keller
     Tobias S. Keller
     Former Attorneys for Burlingame Capital
     Partners II, L.P. and Electrochem Funding, LLC

The foregoing substitution is accepted.

Dated: August 30, 2005      ALLEN MATKINS LECK GAMBLE & MALLORY LLP

By    /s/ Robert R. Moore
     Robert R. Moore
     Attorneys for Burlingame Capital Partners
     II, L.P. and Electrochem Funding, LLC

11713-001\DOCS_SF:46037.1

1

NOTICE OF SUBSTITUTION OF COUNSEL

## File a Notice:

04-04095 Burlingame Capital Partners II v. Koelling et al

### U.S. Bankruptcy Court

### Northern District of California

Notice of Electronic Filing

The following transaction was received from Keller, Tobias S. entered on 8/31/2005 at 4:56 PM PDT and filed on 8/31/2005

**Case Name:** Burlingame Capital Partners II v. Koelling et al
**Case Number:** 04-04095
**Document Number:** 14

**Docket Text:**
Notice Regarding *Substitution of Counsel for Tobias Keller, Gabrielle Rohwer and Ramon Naguiat for Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.* Filed by Plaintiff Burlingame Capital Partners II. (Keller, Tobias)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** W:\Burlingame Capital Partners\08-31-05\mjs\4095 - SOC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=8/31/2005] [FileNumber=3515347-0
] [2fb0c2a41e1bdf78ece00323e4c8aebd92dafbf356a8a2561356c4f6d7e8bc9d714
2129a70dd8426da1de332e258ae69e129fb98056cc25705aa35519e6601e9]]

**04-04095 Notice will be electronically mailed to:**

William W. Huckins    whuckins@allenmatkins.com

Tobias S. Keller    tkeller@pszyjw.com, mstickley@pszyjw.com

**04-04095 Notice will not be electronically mailed to:**

Tae-Yoon Kim
Siegler Law Group
9454 Wilshire Blvd. #M16
Beverly Hills, CA 90212

Fred Koelling
,

Linda Koelling
,

Case: 04-04095   Doc# 17-1   Filed: 09/29/05   Entered: 09/29/05 18:02:58   Page 10 of 12

## File a Motion:

04-04095 Burlingame Capital Partners II v. Koelling et al

### U.S. Bankruptcy Court

### Northern District of California

Notice of Electronic Filing

The following transaction was received from Naguiat, Ramon entered on 9/6/2005 at 6:57 PM PDT and filed on 9/6/2005

**Case Name:**          Burlingame Capital Partners II v. Koelling et al
**Case Number:**        04-04095
**Document Number:** 15

**Docket Text:**
Motion to Withdraw as Attorney *for Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC* Filed by Attorney Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Certificate of Service) (Naguiat, Ramon)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\htp\Desktop\04-4095 Qmect--Burlingame v. Koelling\Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/6/2005] [FileNumber=3537413-0]
[7acf2a25e4fb876699c30b3bb07109426f29317a128b0aa16a86d156986e91a1d88a
1b10c848113b481c4769f2a1e78fb2eefc5288a561038d219257da0cb01c]]
**Document description:** Exhibit A
**Original filename:**C:\Documents and Settings\htp\Desktop\04-4095 Qmect--Burlingame v. Koelling\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/6/2005] [FileNumber=3537413-1]
[98ace2620a3fa3d10193723a19756fe5ec2463bde964a4d746e74774a6ec721d5b3f
9215e61ceab23d849f5c0f7e9b84db910f993d06d70cd0e567dcd24dec55]]
**Document description:** Exhibit B
**Original filename:**C:\Documents and Settings\htp\Desktop\04-4095 Qmect--Burlingame v. Koelling\Exhibit B.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/6/2005] [FileNumber=3537413-2]
[a3cd5ec21e4bd563911512f7af33f270e401b1a656b490116912648038890c765025
81cf9d7f2fa382ea252eff2cb5d9a693e1172ff017c0f455b3751c8b2048]]
**Document description:**Certificate of Service
**Original filename:**C:\Documents and Settings\htp\Desktop\04-4095 Qmect--Burlingame v. Koelling\Certificate of Service.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/6/2005] [FileNumber=3537413-3]
[16c2d48934340363ef6eb1c715c108258731967072e1d1f7a6091055856e84f039c5

Case: 04-04095   Doc# 17-1   Filed: 09/29/05   Entered: 09/29/05 18:02:58   Page 11 of 12

d02a22c0f938150c8416fda3bcad41f653837ce67f97a20033e448041603]]

**04-04095 Notice will be electronically mailed to:**

William W. Huckins     whuckins@allenmatkins.com

Ramon Naguiat     rnaguiat@pszyj.com, HPhan@pszyjw.com;PJeffries@pszyjw.com

**04-04095 Notice will not be electronically mailed to:**

Tae-Yoon Kim
Siegler Law Group
9454 Wilshire Blvd. #M16
Beverly Hills, CA 90212

Fred Koelling
,

Linda Koelling
,

Robert R. Moore
Allen Matkins Leck Gamble & Mallory LLP
3 Embarcadero Center 12th Fl.
San Francisco, CA 94111